THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST WARD, Appellant.— Motion granted and appeal dismissed.

WILFRED F. WILBUR, Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Motion to dismiss appeal granted, with costs, including ten dollars costs of this motion.

FRANK D. KRULL, Respondent, v. WILLIAM Y. WARREN, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

JENNIE M. CLARK, Individually and as Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order of affirmance entered May 2, 1917 (See 178 App. Div. 949), and judgment entered thereon vacated, on the ground that plaintiff had died prior to the argument of the appeal.

CHARLES GORNBEIN, Respondent, v. BOSTON INSURANCE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall within thirty days serve proposed case on appeal and be ready for argument when reached at September term.

ANNA M. STEEN, Respondent, v. EDWARD L. PARKER, Individually, etc., and Others, Defendants. AMERICAN BONDING COMPANY OF BALTIMORE, Appellant.— Motion for leave to appeal to Court of Appeals denied, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOTT WHEEL WORKS, Respondent, v. HARRY R. HAYES, as Commissioner of Public Works of Utica, New York, Appellant.— Order entered May 9, 1917 [See 178 App. Div. 301] modified so as to provide that in case the appellant shall neglect or fail to purchase the rights, easements, etc., of the relator as provided in the original order of the Special Term within thirty days after entry and service of a copy of this order, he shall in that case immediately commence proceedings in condemnation as provided by the order of the Special Term.

In the Matter of the Final Accounting of the Executor of the Estate of JAMES HOLBROOK, Deceased.— Motion granted, and appeal dismissed, with costs.